IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,

                Plaintiff,                ORDER

           v.                              09-cv-150-bbc

JANEL NICKEL, GREG GRAMS,
DYLON RADTKE, JAMES SPANGBERG,
MIKE SAUNDERS, DAN WESTFIELD,
JOHN BETT and MARK HEISE,
in their official and individual capacities, and
RICHARD RAEMISCH in his official capacity,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      For the reasons stated from the bench at the end of the hearing on plaintiff Parish Golden's motion for preliminary injunction, the motion is DENIED.

      Entered this 7th day of August, 2009.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge