IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| PARISH GOLDEN, | SEALED |
| Plaintiff, | ORDER |
| v. | 09-cv-150-bbc |
| JANEL NICKEL, GREG GRAMS, DYLON RADTKE, JAMES SPANGBERG, MIKE SAUNDERS, DAN WESTFIELD, JOHN BETT and MARK HEISE, in their official and individual capacities, and RICHARD RAEMISCH in his official capacity, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Parish Golden has filed a notice of appeal from the denial of his motion for a preliminary injunction following an evidentiary hearing held in this case on August 6, 2009. Under 28 U.S.C. § 1292(b), an appeal from the interlocutory order denying the motion for preliminary injunctive relief does not stay the proceedings in this court unless this court or the court of appeals orders a stay. Neither court has done so. However, it seems that the parties may be confused about whether the case is stayed because neither side has filed a motion for summary judgment by the November 16, 2009 deadline set out in the

1

preliminary pretrial conference order. Dkt. #42. Because of this possible confusion, I will extend the dispositive motions deadline three weeks. Accordingly, IT IS ORDERED that the deadline for the parties to file dispositive motions is EXTENDED to December 10, 2009.

Entered this 19th day of November, 2009.

> BY THE COURT:
>
> /s/
>
> _____
> BARBARA B. CRABB
> District Judge