IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,                                                    SEALED

                   Plaintiff,                                ORDER

           v.                                                    09-cv-150-bbc

JANEL NICKEL, GREG GRAMS,
DYLON RADTKE, JAMES SPANGBERG,
MIKE SAUNDERS, DAN WESTFIELD,
JOHN BETT and MARK HEISE,
in their official and individual capacities, and
RICHARD RAEMISCH in his official capacity,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff Parish Golden has filed a motion for reconsideration of the court's November 19, 2009 order extending the dispositive motions deadline to December 10, 2009.  I extended the deadline because I believed that plaintiff's interlocutory appeal in this case may have raised confusion over whether the case was stayed pending resolution of the appeal. Plaintiff argues unpersuasively that there could not have been any confusion over this issue, so I will deny his motion.  Defendants filed a motion for summary judgment; the parties should continue to follow the briefing schedule set in conjunction with that motion.

1

ORDER

IT IS ORDERED that plaintiff Parish Golden's motion for reconsideration of the

court's  November 19, 2009 order extending the dispositive motions deadline is DENIED.

Entered this 16th day of December, 2009.

BY THE COURT:

/s/

_____

BARBARA B. CRABB
District Judge

2