IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARISH GOLDEN,

    Plaintiff,

v.

JANEL NICKEL, GREG GRAMS,
DYLON RADTKE, JAMES SPANGBERG,
CATHY JESS, JON WALTZ,
CAPT. OLESON, C. KOENIG,
NANCY IRIZARRY, MIKE SAUNDERS,
DAN WESTFIELD, JOHN BETT and
MARK HEISE, in their official and
individual capacities, and
RICHARD RAEMISCH in his official
capacity,

    Defendants.

SEALED

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-150-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court              2/11/10
                                                          Date