IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,                                                    SEALED

                  Plaintiff,                                    ORDER

         v.                                                  09-cv-150-bbc

JANEL NICKEL, GREG GRAMS,
DYLON RADTKE, JAMES SPANGBERG,
MIKE SAUNDERS, DAN WESTFIELD,
JOHN BETT and MARK HEISE,
in their official and individual capacities, and
RICHARD RAEMISCH in his official capacity,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This record in this prisoner civil rights case has been sealed since plaintiff Parish Golden filed his complaint because he alleged that gang members would try to harm him if they knew he had filed this case. in which he contends. In an opinion and order dated February 10, 2010, I granted defendants' motion for summary judgment because plaintiff failed to adduce any evidence on his claim that defendants are disregarding a substantial risk of harm caused by gang members in the prison. Dkt. #116. In addition, I directed plaintiff to show cause to show why the record should not be unsealed in light of the lack of any

1

evidence that gang members were trying to harm him.

In his response, plaintiff says that, if the record in this case is unsealed, it "would be a green light to have him killed immediately" because gang members will see plaintiff as a "snitch." Again, plaintiff adduces no evidence in support of his position. Because I do not find plaintiff's argument persuasive, I will direct the clerk of court to unseal the record. However, in the event that the court of appeals disagrees with my conclusion, I will stay the ruling until the resolution of plaintiff's appeal.

ORDER

IT IS ORDERED that the clerk of court shall UNSEAL the record in this case after the resolution of plaintiff Parish Golden's appeal, unless otherwise directed by the Court of Appeals for the Seventh Circuit.

Entered this 23rd day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2