IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,

                                                                                          SEALED

                   Plaintiff,                                 ORDER

      v.                                                    09-cv-150-bbc

JANEL NICKEL, GREG GRAMS,
DYLON RADTKE, JAMES SPNGBERG,
MIKE SAUNDERS, DAN WESTFIELD,
JOHN BETT and MARK HEISE,
in their official and individual capacities, and
RICHARD RAEMISCH in his official capacity,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

As directed in this court's order of March 11, 2010, plaintiff has submitted a certified copy of his six-month trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal in forma pauperis and if he is, what amount must be assessed under the 1996 Prison Litigation Reform Act as an initial partial payment of the fee for filing his appeal. (In the March 11 order, I found that plaintiff's appeal is not taken in bad faith and that he is not barred by the three strikes

1

provision of 28 U.S.C. § 1915(g) from proceeding with his appeal in forma pauperis.)

From plaintiff's trust fund account statement, I conclude that he qualifies for indigent status. Further, I assess plaintiff an initial partial payment of the $455 fee for filing his appeal in the amount of $8.32. Plaintiff should show a copy of this order to prison officials to make sure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Parish Golden's request for leave to proceed in forma pauperis on appeal is GRANTED. Plaintiff may have until April 15, 2010, in which to submit a check or money order made payable to the clerk of court in the amount of $8.32. If, by April 15, 2010, plaintiff fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect plaintiff's obligation to pay the $8.32 initial partial payment and the remainder of the

$455 fee in monthly installments.

Entered this 25th day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge