IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,

                                                                                                       SEALED

                  Plaintiff,                                          ORDER

            v.                                                                                 09-cv-150-bbc

JANEL NICKEL, GREG GRAMS,
DYLON RADTKE, JAMES SPNGBERG,
MIKE SAUNDERS, DAN WESTFIELD,
JOHN BETT and MARK HEISE,
in their official and individual capacities, and
RICHARD RAEMISCH in his official capacity,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Parish Golden is proceeding in forma pauperis on appeal. Now plaintiff has filed a motion for preparation of the August 6, 2009 preliminary injunction hearing transcript at government expense. Because the transcript has already been prepared and is on file with the court, plaintiff's motion will be denied as unnecessary.

      In his motion, plaintiff indicates that he previously had in his possession a copy of the transcript, but "defendants at CCI has confiscated those transcripts claiming that Mr.

1

Golden is over the legal material limit of 21" x 21" x 21" or 8100 cubic inches." Plaintiff appears to believe that he is entitled to a free copy the transcript because he was allowed to proceed in forma pauperis and because he is not receiving any regular income now that he is in segregation status. Plaintiff is mistaken. The court does not provide free copies of documents to litigants, even those who are proceeding in forma pauperis. If plaintiff wants the court to copy documents for him, he will have to pay for the copies at the indigent rate of $.10 per page. The transcript in this case is 129 pages. Therefore, if plaintiff wishes to pursue his request for a copy, he should send a check or money order in the amount of $12.90 payable to the clerk of court. Upon receipt of his payment, a copy of the August 6, 2009 transcript will be provided to him.

## ORDER

IT IS ORDERED that plaintiff Parish Golden's motion for preparation of transcripts at government expense, dkt. #136, is DENIED as unnecessary.

Entered this 20th day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge